[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

**FILED**

**U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
November 29, 2005
THOMAS K. KAHN
CLERK**

No. 05-12156
Non-Argument Calendar

D. C. Docket No. 04-00109-CV-3-RV-MD

WENDY L. HALLFORD,

Plaintiff-Appellant,

versus

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Florida

**(November 29, 2005)**

Before ANDERSON, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Wendy L. Hallford appeals the district court's grant of summary judgment to Metropolitan Life Insurance Company in her Employee Retirement Income Security Act of 1974 action. 29 U.S.C. § 1132. The district court concluded the denial of long-term disability benefits to Hallford was not arbitrary and capricious. After reviewing the record, as well as the parties' briefs, we agree and affirm for the reasons stated in the district court's well-reasoned order of March 11, 2005.

AFFIRMED.